**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

YVON MONCHER,

   Plaintiff,

v.             CASE NO.  4:16cv12-RH/CAS

DADE COUNTY POLICE
DEPARTMENT et al.,

   Defendants.

_____/

**<u>ORDER OF DISMISSAL</u>**

  This case is before the court on the magistrate judge's report and recommendation, ECF No. 5.  No objections have been filed.  Upon consideration,

  As noted in the report and recommendation, the plaintiff has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury.  The plaintiff therefore cannot proceed *in forma pauperis*.  Accordingly,

  IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's

opinion.   The clerk must enter judgment stating, "The complaint is dismissed

without prejudice under 28 U.S.C. § 1915(g)."   The clerk must close the file.

SO ORDERED on March 9, 2016.

s/Robert L. Hinkle
United States District Judge